PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ronald Causby, Jr.                    Cr.: 06-00259-001
                                                        PACTS No.: 42671

Name of Sentencing Judicial Officer: Honorable W. Louis Sands
                                     Chief United States District Judge
                                     (Middle District of Georgia)

Name of Assigned Judicial Officer:   Honorable Freda L. Wolfson
                                     United States District Judge
                                     (Transfer of Jurisdiction effective March 31, 2006)

Date of Original Sentence: 01/26/06

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Probation - 3 years; Home Confinement with Electronic Monitoring - 3 months; Special Assessment - $100; Restitution - $32,460

Type of Supervision: Probation                 Date Supervision Commenced: 01/26/06

---

On January 26, 2006, the above-referenced individual was sentenced by the Honorable W. Louis Sands, Chief United States District Judge for the Middle District of Georgia, for the offense of Conspiracy to Defraud the United States. Specifically, Mr. Causby was sentenced to a three-year probation term to include three-months of home confinement/electronic monitoring, which was completed without incident, a special assessment in the amount of $100, which has been satisfied, and restitution in the amount of $32,460.

Your Honor should be advised that Mr. Causby had been residing in the District of New Jersey at the time of his federal arrest. Therefore, jurisdiction of his case was transferred to the District of New Jersey on March 31, 2006, and assigned to Your Honor.

Since Mr. Causby's probation commenced, he has been fully compliant with the conditions of supervision, and he has maintained a positive adjustment. Additionally, Mr. Causby is a self-employed carpet installer, and he also works for another carpet company to supplement his monthly income. He financially supports his wife, and their five minor children, while living in a modest dwelling with a simplistic lifestyle. It should be noted that despite Mr. Causby's inability to make consistent monthly restitution payments, he did make 'good-faith' restitution payments. However, his restitution balance remains at $28,300. Noteworthy is the fact that Mr. Causby recently submitted an updated personal financial statement and the undersigned officer prepared a financial analysis, which revealed a slight negative cash flow. Subsequently, we are informing Your Honor that Mr. Causby does not have the ability to satisfy the restitution obligation in full prior to the expiration of supervision on January 25, 2009.

Ronald Causby
Page 2

Given his satisfactory adjustment under supervision, we respectfully request that Mr. Causby's supervision be allowed to expire as scheduled with the restitution balance remaining. Your Honor should be advised that this restitution is Joint and Several. Therefore, the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, Middle District of Georgia, has agreed to continue with the collection of restitution following Mr. Causby's expiration of supervision. Additionally, we have consulted with Attorney-In-Charge, Jim Lynch, U.S. Attorney's Office, and he advised that the government has no objections to this plan.

Should Your Honor concur with this recommendation, please sign below. However, should Your Honor request an alternative course of action, please advise. The undersigned officer can be reached directly at (609) 867-7114.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Denise E. Valletto-Haywood
U.S. Probation Officer
01/05/09

DEV/dev

---

[✓] Allow Supervision to Expire with Restitution Balance Remaining - Collection to be Pursued by FLU
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

1/6/09
Date